

**Wire 11/ 05**

**Jason Gold**  3:25 PM
Henry Landau

Good afternoon Henry,

The accounting team confirmed that the funds are with Chase bank so they just need to release the funds to your account. It's literally sitting at Chase bank right now.

Thank you.

*Jason Gold*
*Cassena Care*
*225 Crossways Park Drive*
*Woodbury, NY 11797*
*cnieves@cassenacare.com*

Great, thank you so much!    Great, thanks fo

Reply