---------- Forwarded message ---------
From: Henry Landau <henry@firsthealthpro.com>
Date: Tue, Jul 6, 2021, 9:23 AM
Subject: Re: Neogen Care
To: josephkatzy@gmail.com <josephkatzy@gmail.com>

Good morning Eric,

I hope you had a great 4th of July weekend.

Please let me know if you can send the master service agreement so we can start working on the roles.

Regards,
Henry Landau

Phone: 718-247-9897 #201
Cell: 646-659-2921
Email: henry@firsthealthpro.com
Website: https://firsthealthpro.com/
Linkedin: https://www.linkedin.com/in/henrylandau/

This e-mail and any attachments may contain information that is confidential, proprietary, privileged or otherwise protected by law. The information is solely intended for the named addressee (or a person responsible for delivering it to the addressee). If you are not the intended recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete it from your computer.

From: Henry Landau <henry@firsthealthpro.com>
Sent: Thursday, July 1, 2021 6:21:14 PM
To: josephkatzy@gmail.com <josephkatzy@gmail.com>
Subject: Fwd: Neogen Care

Hi Henry,

Thanks for the call today.

We operate in the following counties in Northern California: Alameda, Contra Costa, San Joaquin, Stanislaus, Santa Clara

We just opened a new office in Southern California for: Ventura County, LA County, South Bay, Antelope Valley (no traveler needs there yet but they are coming).

Our current needs are:

| PHYSICAL THERAPISTS | | |
| --- | --- | --- |
| Location | State | # Needed |
| Central Valley/Stockton | CA | 3 |
| Concord/Walnut Creek | CA | 7 |
| Hayward/Fremont | CA | 3 |
| Berkeley/Oakland | CA | 4 |
| San Jose/Santa Clara | CA | 2 |
| Los Angeles | CA | 2 |

| REGISTERED NURSES | | |
| --- | --- | --- |
| Location | State | # Needed |
| Central Valley/Stockton | CA | 1 |
| Concord/Walnut Creek | CA | 2 |
| Hayward/Fremont | CA | 2 |
| Berkeley/Oakland | CA | 3 |
| San Jose/Santa Clara | CA | 4 |
| Los Angeles | CA | 2 |

| SPEECH THERAPISTS | | |
| --- | --- | --- |
| Location | State | # Needed |
| Central Valley/Stockton | CA | 0 |
| Concord/Walnut Creek | CA | 1 |
| Hayward/Fremont | CA | 0 |
| Berkeley/Oakland | CA | 1 |
| San Jose/Santa Clara | CA | 1 |
| Los Angeles | CA | 1 |

Looking forward to working with you sir.

Warm regards,

Eric

Eric W. Johnson

CHRO

Neogen Care

24301 Southland Dr.

Suite 401

Hayward, CA 94545

510.828.2575

ericj@neogencare.com

www.neogencare.com

https://www.facebook.com/NeogenCare

https://www.linkedin.com/in/neogencare/