

**Chesky Landau**

Ok  12:44 PM

November 18, 2021

Thank you for taking away my husband & my life. I will never be mochel on what you have done to us, there's a din & cheshben for everything you did.  9:41 PM

I know I'll pay a big price and i can't justify anything i did.  9:50 PM

November 23, 2021