**Chasky Landau (2)**

> Hi I'm just checking in on the 1.3 million you stole from me, is there any payment plan yet?
> 9:44 PM

> Running to Chaim Meir Hirsch that I'm messaging you won't help, unless he has a payment plan
> 9:46 PM

**You**
Hi I'm just checking in on the 1.3 million you stole from me, is there any payment plan yet?

Hi, I know I messed up pretty badly and i know I messed up your like as well.

Unfortunately, I am not in a situation that I can make any large payments but my boss gave yankov ber payments of 2000 a month. I know it's not a lot but that is what I can do right now. As time goes on iyh the amount will become more and more. I know it's not a lot to the big picture but I am working to make more to be able to pay more.
9:59 PM

> So I have to wait 55 years for you to complete the 1.3 million ?
> 10:01 PM