**Chasky Landau**

> Fine I'll just confirm it with her and and make sure she also knows about all the other stuff  And I'll make sure she's getting to listen to all the voice notes
> 2:09 PM

> And your father-in-law as well
> 2:09 PM

> And I would be happy to introduce to her Jason gold
> 2:09 PM

Do what you feel needs to be done. I deserve it
2:22 PM

> Did you made even one freaking phone call for my money today?
> 2:31 PM

Would you believe me either way?
2:32 PM

> Yes or no
> 2:32 PM

Yes
2:33 PM

> To whom ?
> 2:34 PM

Yankov ber and my feter moshe ber wiess
2:39 PM