

**‹  R  R Yakov Ber Titlebum  ⌄                    ⋮**

Tuesday, November 23, 2021

> Hi,
> My name is yossi katz I was supposedly
> chasky landau's partner.  I've been
> informed you are aware of the story and
> trying to help out I really appreciate your
> timeandeffort.
> Just so you know chasky managed to take
> out my last few dollars that I had, I have
> now a couple of hundred dollars in my
>
> **View all                                    ›**

5:11 PM

> I would ask my brothers for help  But since
> they're part of this situation there's no one
> to talk to

5:16 PM

Wednesday, January 5, 2022

> Hi, yossi katz here. I've been trying to reach
> you please let me know when is a good
> time for you to have a phone conversation

8:01 PM  > Thanks

Can I call you late tonight?
10:19 PM

> I have a tight schedule tomorrow, I guess
> tomorrow late night is fine with me

10:21 PM

K let's talk talk tomorrow
10:22 PM

Thursday, January 6, 2022