# You received money with Zelle

Inbox

**Wells Fargo Online** 9/23/2022
to me ∨

# WELLS FARGO

# You received money with Zelle®

CONG ATZEI CHAIM OF SIGET sent you money. Here are the details:

| | |
|---|---|
| **Date** | 09/23/2022 |
| **Amount** | $5,000.00 |
| **Confirmation Code** | RT0GGGJKC6 |
| **Description** | Chesky Londo |

This money has been deposited in your Wells Fargo account XXXXXX2556.

For more information, please call Wells Fargo Online Customer Service at 1-800-956-4442, 24 hours a day, 7 days a week.

wellsfargo.com   |   Security Center   |   Contact Us

**Please do not reply to this automated email.**

Terms and conditions apply. Transactions typically occur in minutes when the recipient's email address or U.S. mobile number is already enrolled with *Zelle*. Available to almost anyone with a U.S.-based bank account. For your protection, *Zelle* should only be used for sending money to friends, family, or others you know