# First Health Pro

## A/R Aging Summary

As of 27 Jul 2021

| Customer Name | Current | 1 - 15 Days | 16 - 30 Days | 31 - 45 Days | > 45 Days | Total | Total (FCY) |
|---|---|---|---|---|---|---|---|
| Ditmas Park Rehab | $278,701.66 | $0.00 | $0.00 | $0.00 | $0.00 | $278,701.66 | $278,701.66 |
| Genesis Healthcare | $220,118.51 | $0.00 | $0.00 | $0.00 | $0.00 | $220,118.51 | $220,118.51 |
| Hamilton Park Nursing Center | $72,644.89 | $45,996.88 | $0.00 | $0.00 | $0.00 | $118,641.77 | $118,641.77 |
| Kaiser Healthcare | $135,020.00 | $0.00 | $0.00 | $0.00 | $0.00 | $135,020.00 | $135,020.00 |
| Morningside Rehab | $70,889.45 | $19,255.66 | $0.00 | $0.00 | $0.00 | $90,145.11 | $90,145.11 |
| Peninsula Nursing Home | $69,221.46 | $16,554.33 | $19,886.90 | $0.00 | $0.00 | $105,662.69 | $105,662.69 |
| Sans Souci Nursing Home | $37,325.40 | $17,446.99 | $0.00 | $0.00 | $0.00 | $54,772.39 | $54,772.39 |
| Shore View Nursing Home | $110,567.37 | $42,996.22 | $0.00 | $0.00 | $0.00 | $153,563.59 | $153,563.59 |
| The Heritage Rehab | $37,018.75 | $11,390.38 | $9,254.69 | $0.00 | $0.00 | $57,663.82 | $57,663.82 |
| The Riverside Rehab | $31,323.56 | $9,966.59 | $14,237.98 | $0.00 | $0.00 | $55,528.13 | $55,528.13 |
| **TOTAL** | **$1,062,831.05** | **$163,607.05** | **$43,379.57** | **$0.00** | **$0.00** | **$1,269,817.67** | |

**Amount is displayed in your base currency **USD**