IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KATZ, and wife CHAYA KATZ,<br><br>                        Plaintiffs,<br><br> -against-<br><br>CHESKEL LANDAU, and wife, ETYA LANDAU,<br>CONGREGATION YETEV LEV D'SATMAR, INC.,<br>RABBI YAAKOV BER TEITELBAUM,<br>CONGREGATION ATZEI CHAIM OF SIGET, INC.,<br>PRO MED STAFFING RESOURCE, INC., and<br>MENDY HIRSCH,<br><br>                        Defendants. | Index No. 7:23-cv-00255<br><br>VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE |

      PLAINTIFFS JOSEPH KATZ, and wife CHAYA KATZ, by and through undersigned counsel, and pursuant to CVP Rule 3217 hereby voluntarily dismiss without prejudice their Amended Complaint against Defendant Congregation Yetev Lev D'Satmar, Inc.

Dated: New York, New York
         February 26, 2023

                                                             **LEVENSON LAW, LLP**

                                                     By: *s/Scott C. Levenson, Esq.*
                                                           Scott C. Levenson, Esq.
                                                           *Attorney for Respondents*
                                                            625 W. 51 Street
                                                           New York, NY 10019
                                                           (347) 352-2470