IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KATZ, and wife CHAYA KATZ,<br><br>      Plaintiffs,<br><br>-against-<br><br>CHESKEL LANDAU, and wife, ETYA LANDAU, CONGREGATION YETEV LEV D'SATMAR, INC., RABBI YAAKOV BER TEITELBAUM, CONGREGATION ATZEI CHAIM OF SIGET, INC., PRO MED STAFFING RESOURCE, INC., and MENDY HIRSCH,<br><br>      Defendants. | Index No. 7:23-cv-00255<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  PLAINTIFFS JOSEPH KATZ, and wife, CHAYA KATZ, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss without prejudice their Amended Complaint against Defendants CHESKEL LANDAU, ETYA LANDAU, RABBI YAAKOV BERTEITELBAUM, CONGREGATION ATZEI CHAIM OF SIGET, INC., PRO MED STAFFING RESOURCE, INC. and MENDY HIRSCH.

Dated: New York, New York
    March 22nd, 2023

**LEVENSON LAW GROUP**

By: *s/Scott C. Levenson, Esq.*
Scott C. Levenson, Esq.
*Attorney for Respondents*
625 W. 51 Street
New York, NY 10019
(347) 352-2470
*Attorneys for Plaintiffs*