IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Katz and wife Chaya Katz,<br>                Plaintiffs<br>     v.<br>Cheskel Landau, and wife Etya Landau,<br>Congregation Yetev Lev D'Satmar, Inc.,<br>Rabbi Yaakov Ber Teitelbaum,<br>Congregation Atzei Chaim of Siget, Inc.,<br>Pro Med Staffing Resource, Inc. and Mendy Hirsch,<br>                Defendants | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.  7:23-cv-00255<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Joseph Katz and Chaya Katz, and/or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Cheskel Landau, and wife Etya Landau, Rabbi Yaakov Ber Teitelbaum, Congretation Atzai Chaim of Siget, Inc., Pro Med Staffing Resource, Inc., and Mendy Hirsch.

Date: March 20, 2023

                                                *s/Scott C. Levenson, Esq.*

                                             **Scott C. Levenson, Esq.**

                                             625 W. 51st Street
                                             *Address*

                                             New York, NY 10019
                                             *City, State & Zip Code*

                                             (347) 352-2470
                                             *Telephone Number*